IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHAD RAY SIMMONS,

              Plaintiff,

v.

RN DENISE, MARA NEDLAND, SGT. CASTEL,
C.O, BEGARO, SHERIFF RON D. CRAMER,
and DR. ZEVITZ,

              Defendants.

ORDER

17-cv-816-jdp

---

On May 30, 2018, Magistrate Judge Stephen Crocker entered an order directing plaintiff Chad Ray Simmons to inform the court whether he wished to proceed with this case. Judge Crocker gave Simmons a deadline of June 15, 2018, to respond to the order and warned him that his case would be dismissed for failure to prosecute if he did not respond. Dkt. 23. Simmons's deadline has passed, and the court has received nothing from him. Accordingly, I am dismissing this case with prejudice for Simmons's failure to prosecute. *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) ("A district court has the authority under Federal Rule of Civil Procedure 41(b) to enter a sua sponte order of dismissal for lack of prosecution.").

ORDER

IT IS ORDERED that plaintiff Chad Ray Simmons's case is DISMISSED WITH PREJUDICE for failure to prosecute. The clerk of court is directed to enter judgment for defendants and close this case.

Entered June 25, 2018.

                                        BY THE COURT:

                                        /s/

                                        _____

                                        JAMES D. PETERSON
                                        District Judge