IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHAD RAY SIMMONS,

    Plaintiff,

v.

RN DENISE, MARA NEDLAND,
SGT. CASTEL, C.O, BEGARO, SHERIFF
RON D. CRAMER, and DR. ZEVITZ,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-816-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 6/25/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |